Robert H. Holgerson et al., Appellants, vs. Eliza S. Bostwick and William M. Bostwick, her husband, Appellees.

Appeal from Circuit Court Duval county.

*Charles S. Adams and A. W. Cockrell & Son*, for Appellants.

*Bisbee & Rinehart*, for Appellees.

The bill in this case was filed by the appellees against the appellants. There was decree for the complainants, and the defendants appeal.

Appeal dismissed on præcipe of counsel for appellants.

———

A. M. Reed, Appellant, vs. Henry Young, Appellee.

Appeal from Circuit Court Duval county.

*J. W. Archibald and F. P. Fleming*, for Appellant.

*M. C. Jordan and John Wallace*, for Appellee.

The bill in this case was filed by the appellant against the appellee. There was decree dismissing the bill of complaint, and the complainant appeals.

Dismissed on præcipe of counsel for appellant.

———

A. M. Reed, Plaintiff in Error, vs. Henry Young, Defendant in Error.

Writ of Error to Circuit Court Duval county.

*Fleming & Fleming and J. W. Archibald*, for Plaintiff in Error.

*M. C. Jordan and A. W. Cockrell & Son*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error.

Dismissed on præcipe of counsel for plaintiff in error.

---

MICHAEL J. CONROY, PLAINTIFF IN ERROR, VS. WILLIAM N. EMERY, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Duval county.

*John E. Hartridge*, for Plaintiff in Error.

*R. H. Liggett*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error.

On motion of counsel for defendant in error, the testimony is stricken from the transcript and abstract of the record, and judgment affirmed.

---

CHESTERFIELD H. SMITH AND LILLA C. SMITH, APPELLANTS, VS. THE C. B. ROGERS COMPANY, APPELLEE.

Appeal from Circuit Court DeSoto county.

*Howard J. Spence*, for Appellant.

*R. H. Liggett*, for Appellee.